AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Anthony Vuksanaj

Defendant

)
) Case: 1:21-mj-00616
) Assigned To : Harvey, G. Michael
) Assign. Date : 9/28/2021
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Anthony Vuksanaj,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 09/28/2021

Digitally signed by G. Michael Harvey
Date: 2021.09.28 09:31:01 -04'00'

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 09/28/2021, and the person was arrested on (date) 09/30/2021
at (city and state) Mahopac, NY.

Date: 09/30/2021

William Slattery / Special Agent
Printed name and title